IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHILOH INDUSTRIES, INC., et al., | ) Case No. 20-12024 (LSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

    a. Constellation NewEnergy, Inc.
       Constellation NewEnergy - Gas Division, LLC
       Attn: C. Bradley Burton
       Credit Analyst
       Constellation Energy
       1310 Point Street, 12th Floor
       Baltimore, MD 21231

    b. Ohio Edison Company
       Attn: Kathy M. Hofacre
       FirstEnergy Corp.
       76 S. Main St., A-GO-15
       Akron, OH  44308

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) Constellation NewEnergy - Gas Division, LLC and Ohio Edison Company have unsecured claims against the above-referenced Debtors arising from prepetition utility usage.

(b) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Constellation NewEnergy, Inc., Constellation NewEnergy - Gas Division, LLC and Ohio Edison Company to the Motion of Debtors For Entry of Interim and Final Orders (I) Approving of the Debtors For Interim and Final Orders (I) Establishing Adequate Assurance Procedures With Respect To Their Utility Providers and (II) Granting Related Relief* (Docket No. 124) filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in September 2020. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com