**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SHILOH INDUSTRIES, INC., *et al.*,[1] | ) ) ) | Case No. 20-12024 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Linda Pham, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and (2) by email on the CM-ECF Service List attached hereto as **Exhibit B**:

- Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtors' Estates Hold a Substantial or Controlling Interest [Docket No. 291]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors are the following nineteen entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Shiloh Industries, Inc. (7683), Greenfield Die & Manufacturing Corp. (8114), Jefferson Blanking Inc. (7850), Shiloh Automotive, Inc. (1339), Shiloh Corporation (5101), Shiloh Industries, Inc. Dickson Manufacturing Division (5835), Shiloh Holdings International, Inc. (1446), C & H Design Company (9432), Liverpool Coil Processing, Incorporated (0571), Medina Blanking, Inc. (0707), The Sectional Die Company (3562), VCS Properties, LLC (1094), Shiloh Die Cast LLC (5814), Shiloh Manufacturing Holdings LLC (0853), FMS Magnum Holdings LLC (6471), Sectional Stamping, Inc. (8967), Albany-Chicago Company LLC (4687), Shiloh Die Cast Midwest LLC (4114), and Shiloh Manufacturing LLC (1628). The noticing address of each of the Debtors in these chapter 11 cases is 880 Steel Drive, Valley City, Ohio 44280.

Dated: October 21, 2020

                                                                                             */s/ Linda Pham*
                                                                                              Linda Pham

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 21, 2020, by Linda Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Bank of America, N.A. as Administrative Agent | Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer<br>50 S. 16th Street, Suite 200<br>Philadelphia PA 19102 | Email |
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | ACAR Leasing LTD d/b/a GM Financial Leasing | Attn: Mandy Youngblood<br>PO Box 183853<br>Arlington TX 76096 | Email |
| Counsel to Plex Systems, Inc | Ashby & Geddes, P.A. | Attn: William P. Bowden, Stacy L. Newman<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899-1150 | Email |
| Counsel for Grouper Holdings, LLC | BAKER & MCKENZIE LLP | Attn: Paul J. Keenan Jr.<br>1111 Brickell Avenue, Suite 1700<br>Miami FL 33131 | Email |
| Counsel to Ford Motor Company | BALLARD SPAHR LLP | Attn: Tobey M. Daluz, Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | Email |
| Counsel to HS Fund V ZL Portfolio Investors, LLC | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg<br>200 West Madison Street, Suite 3900<br>Chicago IL 60606 | Email |
| Counsel for Beck Alumninum International, LLC | BECK ALUMINUM | Attn: Jean R. Robertson<br>6150 Parkland Blvd<br>Suite #260<br>Cleveland OH 44124 | Email |
| Counsel to ArcelorMittal USA LLC, Kote LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Elliot M. Smith<br>200 Public Square, Suite 2300<br>Cleveland OH 44114 | Email |
| Counsel to ArcelorMittal USA LLC, Kote LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, John C. Gentile<br>1313 N. Market St., Suite 1201<br>Wilmington DE 19801 | Email |
| Counsel for Nucor Corporation | Bielli & Klauder, LLC | Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington DE 19801 | Email |
| Counsel to Powder Cote ii, Inc., | Bodman PLC | Attn: Robert J. Diehl, Jr.<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit MI 48226 | Email |
| Counsel to SteelSummit Holdings, Inc. | Borges & Associates, LLC | Attn: Wanda Borges, Sue Chin<br>575 Underhill Blvd., Suite 118<br>Syosset NY 11791 | Email |
| Counsel to Bank of America, N.A. as Administrative Agent | Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner, Mary F. Caloway<br>919 North Market Street, Suite 990<br>Wilmington DE 19801 | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Mercedes-Benz U.S. International, Inc | Burr & Forman LLP | Attn: Derek F. Meek<br>420 20th Street North, Suite 3400<br>Birmingham AL 35203 | Email |
| Counsel for Mercedes-Benz U.S. International, Inc | Burr & Forman LLP | Attn: J. Cory Falgowski, Russell C. Heller<br>1201 N. Market Street, Suite 1407<br>Wilmington DE 19801 | Email |
| Counsel for Grouper Holdings, LLC | CHIPMAN BROWN CICERO & COLE, LLP | Attn: Robert A. Weber<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington DE 19801 | Email |
| Counsel to National Material Company, L.L.C. and Combined Metals of Chicago, L.L.C. | Cozen O'Connor | Attn: Allen J. Guon<br>123 N. Wacker Drive, Suite 1800<br>Chicago IL 60606 | Email |
| Counsel to National Material Company, L.L.C. and Combined Metals of Chicago, L.L.C. | Cozen O'Connor | Attn: Thomas M. Horan<br>1201 N. Market Street, Suite 1001<br>Wilmington DE 19801 | Email |
| Delaware State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6Th Floor<br>Wilmington DE 19801 | First Class Mail and Email |
| Delaware Division Of Revenue | Delaware Division Of Revenue | Attn: Christina Rojas Bankruptcy Administrator<br>820 N. French Street 8Th Floor<br>Wilmington DE 19801 | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer Managing Agent Or General Agent<br>820 Silver Lake Boulveard Suite 100<br>Dover DE 19904 | First Class Mail and Email |
| Counsel for FCA US LLC | Dickinson Wright PLLC | Attn: James A. Plemmons<br>500 Woodward Avenue, Suite 4000<br>Detroit MI 48226-3425 | Email |
| Counsel for FCA US LLC | Dickinson Wright PLLC | Attn: M. Kimberly Stagg<br>424 Church Street, Suite 800<br>Nashville TXN 37219 | Email |
| Counsel to Doral Steel, a division of Samuel Son & Co. (USA) Inc. and Doral Steel De Mexico S. De R.L. De C.V. | Duane Morris LLP | Attn: Christopher M. Winter, Jarret P. Hitchings<br>222 Delaware Avenue, Suite 1600<br>Wilmington DE 19801-1659 | Email |
| Counsel to Doral Steel, a division of Samuel Son & Co. (USA) Inc. and Doral Steel De Mexico S. De R.L. De C.V. | Duke, Holzman, Photiadis & Gresens LLP | Attn: Michael J. Lombardo<br>701 Seneca Street, Suite 750<br>Buffalo NY 14210 | Email |
| Counsel for Ford Motor Company | Dykema Gossett PLLC | Attn: Sheryl L. Toby<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills MI 48304 | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | FOLEY & LARDNER LLP | Attn: Ann Marite Uetz, John A. Simon<br>500 Woodward Avenue, Suite 2700<br>Detroit MI 48226-3489 | Email |
| Counsel to Official Committee of Unsecured Creditors | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson<br>3000 K Street, N.W., Suite 600<br>Washington DC 20007-5109 | Email |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor North America, Inc. | Frost Brown Todd LLC | Attn: Benjamin M. Katz<br>The Pinnacle at Symphony Place<br>150 3rd Avenue South, Suite 1900<br>Nashville TN 37201 | Email |
| Counsel for Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor North America, Inc. | Frost Brown Todd LLC | Attn: Patricia K. Burgess<br>7310 Turfway Road, Suite 210<br>Florence KY 41042 | Email |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor North America, Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | Email |
| Counsel to 1 Source Design Ltd. | Gibbons P.C. | Attn: Natasha M. Songonuga<br>300 Delaware Avenue, Suite 10115<br>Wilmington DE 19801-1671 | Email |
| Counsel to Adient US, LLC | Godfrey & Kahn, S.C. | Attn: Carla O. Andres<br>100 West Lawrence<br>Appleton WI 54912-2728 | Email |
| Counsel to Adient US, LLC | Godfrey & Kahn, S.C. | Attn: Erin A. West<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison WI 53701-2719 | Email |
| Counsel to Alcan Primary Products Company LLC | Goldstein & McClintock, LLLP | Attn: Jason Ben<br>111 W. Washington Street, Suite 1221<br>Chicago IL 60602 | Email |
| Counsel to Alcan Primary Products Company LLC | Goldstein & McClintock, LLLP | Attn: Maria Aprile Sawczuk<br>501 Silverside Road, Suite 65<br>Wilmington DE 19809 | Email |
| Counsel for AK Steel Corporation, Monarch Steel Company | Hahn Loeser & Parks LLP | Attn: Daniel A. DeMarco, Lawrence E. Oscar<br>200 Public Square, Suite 2800<br>Cleveland OH 44114 | Email |
| Counsel to Hexagon Metrology, Inc. | Hogan McDaniel | Attn: Daniel C. Kerrick<br>1311 Delaware Avenue<br>Wilmington DE 19806 | Email |

In re: Shiloh Industries, Inc., et al.
Case No. 20-12024 (LSS)

Page 3 of 6

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | First Class Mail |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | First Class Mail |
| Counsel to 1 Source Design Ltd. | Jaffe, Raitt, Heuer & Weiss, PC | Attn: Judith Greenstone Miller<br>27777 Franklin Road, Suite 2500<br>Southfiled MI 48034 | Email |
| Counsel To The Debtors And Debtors In Possession | Jones Day | Attn: Thomas M. Wearsch, T. Daniel Reynolds, & Jonathan Noble Edel<br>North Point<br>901 Lakeside Avenue<br>Cleveland OH 44114 | Email |
| Counsel To The Debtors And Debtors In Possession | Jones Day | Attn: Timothy W. Hoffmann<br>77 West Wacker<br>Chicago IL 60601 | Email |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman<br>919 N. Market Street, Suite 460<br>Wilmington DE 19801 | Email |
| COUNSEL TO TARRANT COUNTY & DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | Email |
| Counsel to Harris County | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | Email |
| Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | First Class Mail |
| Counsel to Bank of America, N.A. as Administrative Agent | Moore & Van Allen PLLC | Attn: James R. Langdon, Luis M. Lluberas, & Cole B. Richins<br>100 North Tyron Street<br>Suite 4700<br>Charlotte NC 28202 | Email |
| Counsel to Official Committee of Unsecured Creditors | MORRIS JAMES LLP | Attn: Eric J. Monzo, Brya M. Keilson, Jason S. Levin<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | Email |
| Office Of The United States Trustee (Region 3) | Office Of The United States Trustee | Attn: Timothy Jay Fox, Jr.<br>844 King Street Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia A. Lauch, Jean Marie Breen<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | Email |
| Counsel to Arlington ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb<br>500 E. Border Street, Suite 640<br>Arlington TX 76010 | Email |
| Counsel to US Magnesium LLC | Ray Quinney & Nebeker P.C. | Attn: Michael R. Johnson<br>36 South State Street, Ste. 1400<br>Salt Lake City UT 84111 | Email |
| Counsel To The Debtors And Debtors In Possession | Richards, Layton & Finger, P.A. | Attn: Daniel J. Defranceschi, Paul N. Heath, Zachary I. Shapiro, & David T. Queroli<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Email |
| Counsel to Toyota Industries Commercial Finance, Inc. | Robertson, Anschutz & Schneid, P.L. | Attn: Scott R. Weiss<br>6409 Congress Ave., Suite 100<br>Boca Raton FL 33487 | Email |
| Counsel to IMPERIAL ZINC CORP | SAUL EWING ARNSTEIN & LEHR, LLP | Attn: Michelle G. Novick<br>161 N. Clark Street, Suite 4200<br>Chicago IL 60601 | Email |
| Securities And Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Legal Department<br>Brookfield Place<br>200 Vesey Street Suite 400<br>New York NY 10281-1022 | First Class Mail and Email |
| Securities And Exchange Commission | Securities And Exchange Commission - Headquarters | Secretary Of The Treasury<br>100 F Street Ne<br>Washington DC 20549 | First Class Mail and Email |
| Securities And Exchange Commission | Securities And Exchange Commission - Regional Office | Attn: Legal Department<br>One Penn Center<br>1617 Jfk Boulevard Suite 520<br>Philadelphia PA 19103 | First Class Mail and Email |
| Counsel to Fifth Third Bank, National Association | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr., David W. Giattino<br>919 North Market Street, Suite 1300<br>Wilmington DE 19801 | Email |
| Counsel to Fifth Third Bank, National Association | Stoll Keenon Ogden PLLC | Attn: Amelia Martin Adams<br>300 West Vine Street, Suite 2100<br>Lexington KY 40507-1801 | Email |
| Counsel to Fifth Third Bank, National Association | Stoll Keenon Ogden PLLC | Attn: Lea Pauley Goff<br>500 West Jefferson Street, Suite 2000<br>Louisville KY 40202-2828 | Email |

In re: Shiloh Industries, Inc., et al.
Case No. 20-12024 (LSS)

Page 5 of 6

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| The Delaware Department Of State | The Delaware Department Of State | Division Of Corporations Franchise Taxes<br>P.O. Box 898<br>Dover DE 19903 | First Class Mail and Email |
| Counsel to US Magnesium LLC | The Rosner Law Group LLC | Attn: Scott J. Leonhardt<br>824 N. Market Street, Suite 810<br>Wilmington DE 19801 | Email |
| Counsel to Olympic Steel, Inc. | Troutman Pepper Hamilton Sanders LLP | Attn: Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia PA 19103-2799 | Email |
| Counsel to Olympic Steel, Inc., SKF USA Inc. | Troutman Pepper Hamilton Sanders LLP | Attn: Kenneth A. Listwak, Henry J. Jaffe<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | Email |
| United States Department of Justice | U.S. Department Of Justice | Attn: Bankruptcy Department<br>950 Pennsylvania Ave, Nw<br>Washington DC 20530-0001 | First Class Mail |
| United States Attorney For The District Of Delaware | United States Attorney For The District Of Delaware | Attn: David C. Weiss<br>U.S. Attorney'S Office<br>1313 N Market Street<br>Wilmington DE 19801 | First Class Mail and Email |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union | United Steelworkers | Attn: David R. Jury, Matthew Lutwen<br>60 Boulevard of the Allies, Room 807<br>Pittsburgh PA 15222 | Email |
| Counsel to Linamar Corporation | Warner Norcross & Judd LLP | Attn: Susan M. Cook<br>715 E. Main Street, Suite 110<br>Midland MI 48640 | Email |
| Counsel for Anchor Bay Packaging Corporation | Warner Norcross + Judd LLP | Attn: Gordon J. Toering<br>1500 Warner Building<br>150 Ottawa Avenue, NW<br>Grand Rapids MI 49503 | Email |
| Counsel to Kenwal Steel Corp, Brose Queretaro S.A. de C.V., Nexteer Automotive | Wolfson Bolton PLLC | Attn: Scott A. Wolfson, Anthony J. Kochis<br>3150 Livernois, Suite 275<br>Troy MI 48083 | Email |
| Counsel for FCA US LLC | Womble Bond Dicksinson (US) LLP | Attn: Matthew P. Ward, Morgan L. Patterson<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | Email |

**<u>Exhibit B</u>**

Exhibit B
CM-ECF Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| Allen J. Guon | aguon@cozen.com; allen-guon-6333@ecf.pacerpro.com |
| Ann Marie Uetz | auetz@foley.com; rday@foley.com |
| Anthony J. Kochis | akochis@wolfsonbolton.com; stravis@wolfsonbolton.com |
| Benjamin M. Katz | bkatz@fbtlaw.com; |
| Brittany J. Nelson | bnelson@foley.com |
| Brya Michele Keilson | bkeilson@morrisjames.com; wweller@morrisjames.com; rzerbe@morrisjames.com; rsalotto@morrisjames.com |
| Carla O. Andres | candres@gklaw.com; kboucher@gklaw.com |
| Chantelle D'nae McClamb | mcclambc@ballardspahr.com |
| Christopher Martin Winter | cmwinter@duanemorris.com |
| Cole Richins | colerichins@mvalaw.com |
| Daniel A DeMarco | dademarco@hahnlaw.com; cmbeitel@hahnlaw.com |
| Daniel C. Kerrick | dckerrick@dkhogan.com |
| Daniel J. DeFranceschi | defranceschi@rlf.com; RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David M. Klauder | dklauder@bk-legal.com |
| David T Queroli | Queroli@rlf.com; rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David William Giattino | dwg@stevenslee.com |
| Derek Firth Meek | dmeek@burr.com; mgunnells@burr.com |
| Drew McGehrin | dsmcgehrin@duanemorris.com |
| Eboney Cobb | ecobb@pbfcm.com; rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Elliot M. Smith | ESmith@beneschlaw.com; Docket@beneschlaw.com |
| Eric J. Monzo | emonzo@morrisjames.com; wweller@morrisjames.com;rzerbe@morrisjames.com;rsalotto@morrisjames.com |
| Erika Morabito | emorabito@foley.com |

## Exhibit B
CM-ECF Service List
Served via email

| NAME | EMAIL |
|---|---|
| Erin A. West | ewest@gklaw.com; kboucher@gklaw.com; elewerenz@gklaw.com |
| Francis J. Lawall | francis.lawall@troutman.com; susan.henry@troutman.com |
| Geoffrey G. Grivner | geoffrey.grivner@bipc.com; sherry.fornwalt@bipc.com;donna.curcio@bipc.com |
| Gordon J. Toering | gtoering@wnj.com |
| Helen Elizabeth Weller | dallas.bankruptcy@lgbs.com; Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com |
| Henry Jon Jaffe | Henry.Jaffe@troutman.com; wlbank@troutman.com; Monica.Molitor@troutman.com; |
| J. Zachary Noble | noble@rlf.com; rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| James A Plemmons | JPlemmons@dickinsonwright.com |
| Jarret P. Hitchings | jphitchings@duanemorris.com |
| Jason J. Ben | jasonb@goldmclaw.com |
| Jean Marie Breen | Breen.Jean@pbgc.gov; efile@pbgc.gov |
| Jean Rowley Robertson | jean@beckalum.com |
| Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Jeffrey James Lyons | jjlyons@bakerlaw.com |
| Jennifer R. Hoover | jhoover@beneschlaw.com; debankruptcy@beneschlaw.com |
| John C Gentile | jgentile@beneschlaw.com; debankruptcy@beneschlaw.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| Joseph H. Huston | jhh@stevenslee.com |
| Judith G. Miller | jmiller@jaffelaw.com; dgoldberg@jaffelaw.com |
| Justin Cory Falgowski | jfalgowski@burr.com; |

Exhibit B
CM-ECF Service List
Served via email

| NAME | EMAIL |
|---|---|
| Kenneth Listwak Ken.Listwak@troutman.com, | Ken.Listwak@troutman.com; wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Kevin Scott Mann | kmann@crosslaw.com; smacdonald@crosslaw.com; |
| Lawrence E. Oscar | leoscar@hahnlaw.com; cmbeitel@hahnlaw.com |
| Lea Pauley Goff | lea.goff@skofirm.com; emily.keith@skofirm.com |
| Lucian Borders Murley | luke.murley@saul.com; robyn.warren@saul.com |
| Maria Aprile Sawczuk | marias@goldmclaw.com; marias@ecf.courtdrive.com;katelynnet@goldmclaw.com |
| Matthew E. Wilkins | wilkins@bwst-law.com; marbury@bwst-law.com |
| Matthew P. Ward | matthew.ward@wbd-us.com; Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Michael J. Lombardo | mjlombardo@dhpglaw.com |
| Michelle G. Novick | mgnovick@arnstein.com |
| Morgan L. Patterson | morgan.patterson@wbd-us.com; Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Nathan Quinn Rugg | nathan.rugg@bfkn.com |
| Patricia K. Burgess | pburgess@fbtlaw.com |
| Patricia Lauch | lauch.patricia@pbgc.gov |
| Paul J. Keenan | paul.keenan@bakermckenzie.com; bkcyecf@bakermckenzie.com |
| Robert Alan Weber | Weber@ChipmanBrown.com; dero@chipmanbrown.com |
| Robert J. Diehl, Jr. | rdiehl@bodmanlaw.com |
| Ronald E Gold | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com; bparker@fbtlaw.com; |

Exhibit B
CM-ECF Service List
Served via email

| NAME | EMAIL |
|---|---|
| Scott A. Wolfson | swolfson@wolfsonbolton.com; stravis@wolfsonbolton.com;akochis@wolfsonbolton.com |
| Scott J. Leonhardt | leonhardt@teamrosner.com |
| Sheryl L. Toby | stoby@dykema.com |
| Stacy L. Newman | snewman@ashby-geddes.com |
| Steven A. Ginther | deecf@dor.mo.gov |
| Susan E. Kaufman | skaufman@skaufmanlaw.com; |
| Susan M. Cook | smcook@wnj.com |
| Thomas M. Horan | thoran@cozen.com; sshidner@cozen.com; thomas-horan-3976@ecf.pacerpro.com |
| Timothy Jay Fox | timothy.fox@usdoj.gov |
| Tobey M. Daluz | daluzt@ballardspahr.com; ambroses@ballardspahr.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Wanda Borges | ecfcases@borgeslawllc.com |
| William F. Taylor | bankruptcydel@mccarter.com; bankruptcydel@mccarter.com |
| William Pierce Bowden | wbowden@ashby-geddes.com |
| Zachary I Shapiro | shapiro@rlf.com; rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |