# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) **Chapter 11** <br> ) |
| **SHILOH INDUSTRIES, INC., et al.,** | ) **Case No. 20-12024 (LSS)** <br> ) |
| Debtors. | ) **Jointly Administered** <br> ) <br> ) |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: October 26, 2020           **Respectfully Submitted,**
      Lake Success, New York


By:      /s/ Amish R. Doshi
       Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:  amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **SHILOH INDUSTRIES, INC., et al.,** | ) | **Case No. 20-12024 (LSS)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on October 26, 2020, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                                                                       /s/ Amish R. Doshi
                                                                                       Amish R. Doshi

## SERVICE LIST

**BY REGULAR MAIL**

| | |
|---|---|
| Daniel J. DeFranceschi, Esq.<br>Paul N. Heath, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801 | Timothy Fox, Esq.<br>OFFICE OF UNITED STATES TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 |
| Thomas M. Wearsch, Esq.<br>T. Daniel Reynolds, Esq.<br>JONES DAY<br>North Points, 901 Lakeside Avenue<br>Cleveland, OH 44114 | Timothy W. Hoffman, Esq.<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601 |
| Shiloh Industries Bankruptcy Team<br>Prime Clerk<br>830 3rd Avenue, Suite 412<br>Brooklyn, NY 11232 | |