# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| SHILOH INDUSTRIES, INC., *et al.*,[1] | ) ) Case No. 20-12024 (LSS) ) |
| Debtors. | ) (Joint Administered) ) |

## AFFIDAVIT OF SERVICE

I, Andrew G. Vignali, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 26, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the OCP Service List attached hereto as **Exhibit A**; and (2) by email on the OCP ECF Email Service List attached hereto as **Exhibit B**:

- Declaration in Support of Ordinary Course Retention [Docket No. 379]

- Declaration in Support of Ordinary Course Retention [Docket No. 380]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors are the following nineteen entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Shiloh Industries, Inc. (7683), Greenfield Die & Manufacturing Corp. (8114), Jefferson Blanking Inc. (7850), Shiloh Automotive, Inc. (1339), Shiloh Corporation (5101), Shiloh Industries, Inc. Dickson Manufacturing Division (5835), Shiloh Holdings International, Inc. (1446), C & H Design Company (9432), Liverpool Coil Processing, Incorporated (0571), Medina Blanking, Inc. (0707), The Sectional Die Company (3562), VCS Properties, LLC (1094), Shiloh Die Cast LLC (5814), Shiloh Manufacturing Holdings LLC (0853), FMS Magnum Holdings LLC (6471), Sectional Stamping, Inc. (8967), Albany-Chicago Company LLC (4687), Shiloh Die Cast Midwest LLC (4114), and Shiloh Manufacturing LLC (1628). The noticing address of each of the Debtors in these chapter 11 cases is 880 Steel Drive, Valley City, Ohio 44280.

Dated: October 29, 2020

*/s/ Andrew G. Vignali*
Andrew G. Vignali

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 29, 2020, by Andrew G. Vignali, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 47486

**Exhibit A**

Exhibit A
OCP Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | FOLEY & LARDNER LLP | Attn: Ann Marite Uetz, John A. Simon<br>500 Woodward Avenue, Suite 2700<br>Detroit MI 48226-3489 | auetz@foley.com<br>jsimon@foley.com | Email |
| Counsel to Official Committee of Unsecured Creditors | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson<br>3000 K Street, N.W., Suite 600<br>Washington DC 20007-5109 | emorabito@foley.com<br>bnelson@foley.com | Email |
| Counsel To The Debtors And Debtors In Possession | Jones Day | Attn: Thomas M. Wearsch, T. Daniel Reynolds, & Jonathan Noble Edel<br>North Point<br>901 Lakeside Avenue<br>Cleveland OH 44114 | Twearsch@Jonesday.Com<br>Tdreynolds@Jonesday.Com<br>Jedel@Jonesday.Com | Email |
| Counsel To The Debtors And Debtors In Possession | Jones Day | Attn: Timothy W. Hoffmann<br>77 West Wacker<br>Chicago IL 60601 | Thoffmann@Jonesday.Com | Email |
| Office Of The United States Trustee (Region 3) | Office Of The United States Trustee | Attn: Timothy Jay Fox, Jr.<br>844 King Street Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | timothy.fox@usdoj.gov | First Class Mail and Email |
| Counsel To The Debtors And Debtors In Possession | Richards, Layton & Finger, P.A. | Attn: Daniel J. Defranceschi, Paul N. Heath, Zachary I. Shapiro, & David T. Queroli<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Defranceschi@Rlf.Com<br>Heath@Rlf.Com<br>Shapiro@Rlf.Com<br>Queroli@Rlf.Com | Email |



**Exhibit B**

# Exhibit B

OCP ECF Service List

Served by email

| NAME | EMAIL |
|---|---|
| Ann Marie Uetz | auetz@foley.com, rday@foley.com |
| Brittany J. Nelson | bnelson@foley.com |
| Daniel J. DeFranceschi | defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David T Queroli | Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Erika Morabito | emorabito@foley.com |
| J. Zachary Noble | noble@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Timothy Jay Fox | timothy.fox@usdoj.gov |
| Zachary I Shapiro | shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |